JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN VERDUZCO,<br><br>                Petitioner,<br>      vs.<br>RAUL LOPEZ, Warden,<br><br>                Respondent. | Case No. CV 10-8555-ODW (DTB)<br><br>**J U D G M E N T** |

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is dismissed with prejudice.

Dated: November 9, 2011

                                                                  OTIS D. WRIGHT, II<br>
                                                                   UNITED STATES DISTRICT JUDGE